UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHLEY VILLA,

              Plaintiff,

    v.

LITTLE SCHOLARS CHILDCARE LLC, et al.,

              Defendants.

**ORDER**

23 Civ. 5772 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the parties shall submit settlement materials for review pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015) by **Thursday, November 2, 2023**.

Dated: New York, New York
       October 26, 2023

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge